DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA MAURER, SANDRA MAURER dba EMF Safety Network, JOSHUA HART, JOSHUA HART dba STOP SMART METERS!, GARRIL PAGE, GARRIL PAGE dba OBILITY, VALERI HOOD, and MARY BETH BRANGAN,<br><br>                        Plaintiffs,<br><br>        v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, WILLIAM DEVEREAUX, and DOES 1 through 100, inclusive,<br><br>                        Defendants. | Case No. 3:13-cv-03773-EMC<br><br>**STIPULATION RE: DISMISSAL**<br><br>Ctrm:   5, 17th Floor<br>Judge:  Honorable Edward M. Chen |

IT IS HEREBY STIPULATED AND AGREED BETWEEN PLAINTIFFS, BY AND THROUGH THEIR ATTORNEY, LAWRENCE BRAGMAN, DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY BY AND THROUGH ITS ATTORNEY, MICHAEL H. PAGE AND DEFENDANT WILLIAM DEVEREAUX BY AND THROUGH HIS ATTORNEY, SETH HILTON THAT:

1. All claims by all Plaintiffs in the above captioned matter are hereby dismissed with prejudice as to all defendants, including "Doe" defendants; and

2. Each party herein shall bear their own attorneys' fees and costs.

Dated: September 26, 2013                    DURIE TANGRI LLP

By:   */s/ Michael H. Page*
           MICHAEL H. PAGE

Attorney for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

Dated: September 26, 2013

By:   */s/ Lawrence Bragman*
           LAWRENCE BRAGMAN

Attorney for Plaintiffs

Dated: September 26, 2013                    STOEL RIVES LLP

By:   */s/ Seth D. Hilton*
           SETH D. HILTON

Attorney for Defendant
WILLIAM DEVEREAUX

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Michael H. Page, attest that concurrence in the filing of this document has been obtained.

Dated: September 26, 2013                    */s/ Michael H. Page*
                                                          MICHAEL H. PAGE

1  **[~~PROPOSED~~] ORDER**

2  IT IS SO ORDERED.   All deadlines and hearings are vacated.

4  Dated: 9/30/13 _____

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on September 26, 2013 with a copy of this document via the Court's CM/ECF system.

*/s/ Michael H. Page*
MICHAEL H. PAGE